UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
PAUL THOMPSON,

                      Plaintiff,

- against -

JENNINGS AND HARTWELL FUEL OIL
CORP. and LAWRENCE SMALLS,

                      Defendants.
---------------------------------------------------------- x

**ORDER ADOPTING REPORT AND RECOMMENDATION**

No. 14-CV-1857 (RJD) (LB)

RAYMOND J. DEARIE, District Judge:

      Paul Thompson commenced this action on March 22, 2014, and after defendants failed file a timely answer, he requested a certificate of default, which was issued on August 14, 2014. Thompson moved for default judgment on January 4, 2015. I referred the motion to Magistrate Judge Lois Bloom. She issued a report on August 27, 2015, recommending that default judgment be entered against defendants in the amount of $76,056.42. The report and recommendation was served on defendants, who have failed to file an objection. Accordingly, Magistrate Judge Bloom's well-reasoned report and recommendation is adopted. Default judgment is entered in the amount of $76,056.42. Any application for attorney's fees or costs pursuant to Fed. R. Civ. P. 54(d) is due on or before September 30, 2015.

SO ORDERED.

Dated: Brooklyn, New York
       September 15, 2015

                                            /s/ Judge Raymond J. Dearie

                                            RAYMOND J. DEARIE
                                            United States District Judge