```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
PAUL THOMPSON,                                              JUDGMENT
                                                            14-CV- 1857 (RJD)
                        Plaintiff,

     -against-

JENNINGS AND HARTWELL FUEL OIL
CORP. and LAWRENCE SMALLS,

                        Defendants.
--------------------------------------------------------X
```

An Order of Honorable Raymond J. Dearie, United States District Judge, having been filed on September 15, 2015, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated August 27, 2015; granting Plaintiff's motion for a default judgment; and directing the Clerk of Court to enter judgment in favor of Plaintiff awarding $76,056.42 against Defendants Jennings and Hartwell Fuel Oil Corp., and Lawrence Small; and ordering that any application for attorney's fees or costs pursuant to Fed. R. Civ. P. 54(b) is due on or before September 30, 2015; it is

ORDERED and ADJUDGED that Plaintiff's motion for a default judgment is granted; and that judgment is hereby entered in favor of Plaintiff Paul Thompson and against Defendants Jennings and Hartwell Fuel Oil Corp., and Lawrence Small, in the amount of $76,056.42.

Dated: Brooklyn, New York                            Douglas C. Palmer
       September 15, 2015                           Clerk of Court

                                              by:     */s/ Janet Hamilton*
                                                      Deputy Clerk